1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5
6 Attorneys for Defendant Mr. Lopez-Gonzales
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 07mj2706 |
| 12         Plaintiff, | ) | |
| 13 v. | ) | **NOTICE OF APPEARANCE** |
| 14 LAZARO LOPEZ-GONZALES, | ) | |
| 15         Defendant. | ) | |

16
17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney
19 in the above-captioned case.

20                                              Respectfully submitted,

21 Dated: November 21, 2007             s/ *Michelle Betancourt*
                                        **MICHELLE BETANCOURT**
22                                       Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant
23                                       michelle_betancourt@fd.org

24
25
26
27
28